# EXHIBIT A



**Nick Brown**
**ATTORNEY GENERAL OF WASHINGTON**
1125 Washington Street SE – PO Box 40100 – Olympia, WA 98504-0100

May 22, 2026                                                    *Sent via electronic mail*

Brett A. Shumate
Assistant Attorney General
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

RE:    **Demand for Issuance of Undercover Plates to All Federal Agencies**

Dear Assistant Attorney General Shumate,

Thank you for your May 12, 2026, letter demanding that the Washington State Department of Licensing provide all federal agencies with undercover license plates. We appreciate the opportunity to engage constructively with our federal partners in the Department of Justice as we work towards our shared goal of ensuring Americans are safe and secure.

Unfortunately, because your letter makes unwarranted threats to take legal action against Washington State, it first appears that a factual clarification is necessary. The Washington State Department of Licensing voluntarily provides hundreds of undercover plates to federal agencies each year. This includes providing license plates to the Federal Bureau of Investigation, the Drug Enforcement Administration, the U.S. Marshals Service, and the U.S. Secret Service. The implication in your letter that Washington is denying undercover plates to all federal agencies and thereby potentially hampering federal criminal investigations into terrorism, fraud, and more is simply wrong.

Your letter is also wrong on the law. You suggest that Washington must issue undercover plates to all federal agencies without exception. But under the Tenth Amendment and fundamental principles of federalism, Washington may choose whether to provide State resources to assist with federal programs. "[T]he Federal Government may not compel the States to implement, by legislation or executive action, federal regulatory programs." *Printz v. United States*, 521 U.S. 898, 925 (1997). To the contrary, States have a constitutional right, "pursuant to the anticommandeering rule [of the Tenth Amendment], to refrain from assisting with federal efforts." *United States v. California*, 921 F.3d 865, 891 (9th Cir. 2019).

## ATTORNEY GENERAL OF WASHINGTON

Brett A. Shumate
May 22, 2026
Page 2

And as you well know, judges across the country have ruled that DHS's tactics in conducting civil immigration enforcement efforts over the last 16 months have routinely violated the Constitution.[1] Indeed, this conduct has resulted in the detention, injury, and death of many innocent people, including American citizens. The Supremacy Clause does not require Washington to affirmatively commit its resources to facilitate these lawless acts, which have provoked fear in our residents and undermined public trust in law enforcement.

In sum, nothing in the law requires the State of Washington to accede to your unlawful demand to issue undercover plates to all federal agencies without limitation. If you have more specific requests you would like us to consider, you are of course welcome to convey those to our Department of Licensing.

Sincerely,

Nicholas W. Brown
Attorney General of Washington

NWB/rgp

---

[1] Kyle Cheney, *10,000 rulings: The courts' overwhelming rebuke of Trump's ICE policies*, POLITICO (May 13, 2026), https://www.politico.com/news/2026/05/13/10k-rulings-ice-mandatory-detention-trump-analysis-00914195.