NICHOLAS W. BROWN
  *Attorney General*

TERA M. HEINTZ, WSBA 54921
  *Deputy Solicitor General*
PO Box 40100
Olympia, WA  98504
360-753-6200
Tera.Heintz@atg.wa.gov

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON; BOB FERGUSON, Governor of Washington, in his official capacity; NICHOLAS BROWN, Attorney General of Washington, in his official capacity; JULIE MEREDITH, Secretary of Transportation, in her official capacity; MARCUS GLASPER, Director, Department of Licensing, in his official capacity,<br><br>Defendants. | NO. 2:26-cv-00232-SAB<br><br>NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT, AND AGREED MOTION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' RESPONSE DEADLINE<br><br>August 21, 2026<br>Without Oral Argument |

NOTICE OF NON-OPPOSITION AND
AGREED MOTION TO EXTEND
DEFENDANTS' RESPONSE DEADLINE

1

Pursuant to Federal Rule of Civil Procedure 6(b) and 15(d), Defendants move, with the agreement and consent of Plaintiff, for this Court to extend Defendants' deadline to respond to the complaint or supplemental complaint in this matter. The basis of this request is as follows:

1.     Plaintiff United States of America filed its complaint in this matter on May 27, 2026. ECF No. 1. On July 9, 2026, before Defendants' deadline to respond to the complaint had run, the United States filed a motion seeking leave to file a supplemental complaint pursuant to Fed. R. Civ. P. 15(d), with the proposed supplemental complaint attached to that motion. ECF Nos. 5, 5-2.

2.     Defendants do not oppose this requested relief.

3.     Defendants' current deadline to respond to Plaintiffs' complaint is July 27, 2026, under Fed. R. Civ. P. 12(1)(A)(ii).

4.     To avoid unnecessary pleadings, the parties agree to extend Defendants' deadline to respond to Plaintiff's complaint or supplemental complaint until 14 days after the Court rules on Plaintiff's motion seeking leave to file a supplemental complaint.

RESPECTFULLY SUBMITTED this 22nd day of July 2026.

NICHOLAS W. BROWN
*Attorney General*

*s/ Tera M. Heintz*
TERA M. HEINTZ, WSBA 54921
EMMA GRUNBERG, WSBA 54659
KELLY PARADIS, WSBA 47175
*Deputy Solicitors General*
1125 Washington Street SE

NOTICE OF NON-OPPOSITION AND
AGREED MOTION TO EXTEND
DEFENDANTS' RESPONSE DEADLINE

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Tera.Heintz@atg.wa.gov
Emma.Grunberg@atg.wa.gov
Kelly.Paradis@atg.wa.gov
*Attorneys for Defendants*

NOTICE OF NON-OPPOSITION AND
AGREED MOTION TO EXTEND
DEFENDANTS' RESPONSE DEADLINE

3

# [PROPOSED] ORDER

Having reviewed the foregoing agreed motion and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants' deadline to respond to the complaint or supplemental complaint in this case is extended to 14 days after this Court rules on Plaintiff's motion seeking leave to file a supplemental complaint.

IT IS SO ORDERED.

DATED this _____ day of _____ 2026.

_____
The Honorable Stanley A. Bastian
U.S. DISTRICT COURT JUDGE

NOTICE OF NON-OPPOSITION AND
AGREED MOTION TO EXTEND
DEFENDANTS' RESPONSE DEADLINE

4

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 22nd day of July 2026, at Olympia, Washington.

*s/ Stacey McGahey*
STACEY MCGAHEY
*Paralegal*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
Stacey.Mcgahey@atg.wa.gov

NOTICE OF NON-OPPOSITION AND
AGREED MOTION TO EXTEND
DEFENDANTS' RESPONSE DEADLINE

5

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200