FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON; BOB FERGUSON, Governor of Washington, in his official capacity; NICHOLAS BROWN, Attorney General of Washington, in his official capacity; JULIE MEREDITH, Secretary of Transportation, in her official capacity; MARCUS GLASPER, Director, Department of Licensing, in his official capacity,<br><br>    Defendants. | No. 2:26-CV-00232-SAB<br><br>**ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL COMPLAINT; EXTENDING RESPONSE DEADLINE** |

Before the Court are Plaintiff's Motion for Leave to File Supplemental Complaint, ECF No. 5, and Defendants' Unopposed Motion to Extend Response Deadline, ECF No. 9. Plaintiff is represented by Alessandra Faso. Defendants are represented by Emma Grunberg, Kelly A. Paradis, and Tera M. Heintz. The Motions were considered without oral argument.

**ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL COMPLAINT; EXTENDING RESPONSE DEADLINE** * 1

Plaintiff requests the Court grant leave to supplement its original complaint with the Proposed Supplemental Complaint accompanying the Motion. In the subsequent Motion to Extend, Defendants indicate they do not oppose Plaintiff's request, and further request the Court extend the deadline to file a response to Plaintiff's Supplemental Complaint. Defendants indicate Plaintiff does not oppose the Motion.

Fed. R. Civ. P. 15(a)(2) states that "a party may amend its pleading only with the opposing party's written consent or the [C]ourt's leave. The [C]ourt should freely give leave when justice so requires." In the Ninth Circuit, requests for leave should be granted with extreme liberality." *Moss v. U.S. Secret Serv.*, 572 F. 3d 962, 972 (9th Cir. 2009) (quotation omitted). This includes requests following scheduling order deadlines, absent bad faith, undue delay, futility, prejudice to the opposing party, or a repeated failure to cure deficiencies. *See Moore v. Kayport Package Express*, 885 F.2d 531, 538 (9th Cir. 1989).

The Court finds grounds for granting the motion and allowing the proposed supplemental complaint to become the operative complaint in the above-captioned matter **upon refiling by Plaintiff**.

Accordingly, **IT IS HEREBY ORDERED**:

1.    Plaintiff's Motion for Leave to File Supplemental Complaint, ECF No. 5, and Defendants' Unopposed Motion to Extend Response Deadline, ECF No. 9, are **GRANTED**.

2.    Plaintiff shall file its Supplemental Complaint as a separate filing within 14 days of the entry of this Order.

//

//

//

//

//

**ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL COMPLAINT; EXTENDING RESPONSE DEADLINE** * 2

3.    Within 14 days of the filing of the Supplemental Complaint, Defendants shall file an answer to the Supplemental Complaint.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and set case management deadlines accordingly.

**DATED** this 30th day of July 2026.



Stan Bastian
Chief United States District Judge

**ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL COMPLAINT; EXTENDING RESPONSE DEADLINE * 3**