# EXHIBIT A

# RULE-MAKING ORDER
## EMERGENCY RULE ONLY

# CR-103E (December 2017)
## (Implements RCW 34.05.350 and 34.05.360)

**CODE REVISER USE ONLY**

OFFICE OF THE CODE REVISER
STATE OF WASHINGTON
FILED

DATE: May 28, 2026
TIME: 11:48 AM

WSR 26-12-043

**Agency:** Department of Licensing

**Effective date of rule:**

**Emergency Rules**

☒ Immediately upon filing.

☐ Later (specify) _____

**Any other findings required by other provisions of law as precondition to adoption or effectiveness of rule?**

☐ Yes ☒ No If Yes, explain:

**Purpose:** This rulemaking clarifies the department's authority to deny, cancel, or refuse to renew confidential and undercover license plates based on the conduct of the units of local government, state departments, agencies and officials, and federal departments and agencies.

**Citation of rules affected by this order:**

New:
Repealed:
Amended: WAC 308-96A-080; WAC 308-96A-095
Suspended:

**Statutory authority for adoption:** RCW 46.01.110 Rule-making authority.

**Other authority:** RCW 46.08.066 Publicly owned vehicles—Confidential license plates, drivers' licenses, identicards—Issuance, rules governing.

**EMERGENCY RULE**

Under RCW 34.05.350 the agency for good cause finds:

☒ That immediate adoption, amendment, or repeal of a rule is necessary for the preservation of the public health, safety, or general welfare, and that observing the time requirements of notice and opportunity to comment upon adoption of a permanent rule would be contrary to the public interest.

☐ That state or federal law or federal rule or a federal deadline for state receipt of federal funds requires immediate adoption of a rule.

**Reasons for this finding:** Clarifying the department's authority to deny, cancel, or refuse to renew confidential and undercover license plates is a matter of imminent public safety. The department seeks to ensure that confidential and undercover license plates are not used to further policies found to be unconstitutional or in violation of Washington state or federal law.

**Note: If any category is left blank, it will be calculated as zero. No descriptive text.**

**Count by whole WAC sections only, from the WAC number through the history note. A section may be counted in more than one category.**

**The number of sections adopted in order to comply with:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Federal statute: | New | ____ | Amended | ____ | Repealed | ____ |
| Federal rules or standards: | New | ____ | Amended | ____ | Repealed | ____ |
| Recently enacted state statutes: | New | ____ | Amended | ____ | Repealed | ____ |

**The number of sections adopted at the request of a nongovernmental entity:**

New ____ Amended ____ Repealed ____

**The number of sections adopted on the agency's own initiative:**

New ____ Amended ____ Repealed ____

**The number of sections adopted in order to clarify, streamline, or reform agency procedures:**

New ____ Amended 2 Repealed ____

**The number of sections adopted using:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Negotiated rule making: | New | ____ | Amended | ____ | Repealed | ____ |
| Pilot rule making: | New | ____ | Amended | ____ | Repealed | ____ |
| Other alternative rule making: | New | ____ | Amended | ____ | Repealed | ____ |

| | |
|---|---|
| **Date Adopted:** May 28, 2026 | **Signature:** [signature] |
| **Name:** Ellis Starrett | |
| **Title:** Agency Rules Coordinator | |