# EXHIBIT D

STATE OF WASHINGTON
DEPARTMENT OF LICENSING
*PO Box 1097 • Olympia, Washington 98507-1097*

June 18, 2026

DHS Customs and BP - Spokane - 4043
[redacted]

The review of the Washington DOL Undercover and Confidential Plate Program has concluded.

Per WAC 308-96A-080(6)(c), your agency is not eligible to participate in the program.

On July 20, 2026, all confidential and undercover plates held by your agency will be canceled and will no longer be valid in DOL's system of record.

<u>Vehicle Plate:</u>

| | | | | | | |
|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | | | |

We are committed to providing equal access to our services.
If you need accommodation, please call (360) 902-3756 or TTY (360) 664-0116.

STATE OF WASHINGTON
DEPARTMENT OF LICENSING
*PO Box 1097 • Olympia, Washington 98507-1097*

If you would like a standard Washington license plate, please visit your nearest vehicle licensing office. To obtain standard plates, any invalid plates in your possession will need to be returned to your nearest vehicle licensing office.

Respectfully,

Confidential Plate Program

**STATE OF WASHINGTON**
DEPARTMENT OF LICENSING
***PO Box 1097 • Olympia, Washington 98507-1097***

June 18, 2026

US Customs & BP - Blaine - 4031
[redacted]

The review of the Washington DOL Undercover and Confidential Plate Program has concluded.

Per WAC 308-96A-080(6)(c), your agency is not eligible to participate in the program.

On July 20, 2026, all confidential and undercover plates held by your agency will be canceled and will no longer be valid in DOL's system of record.

<u>Vehicle Plate:</u>

| | | | |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |

If you would like a standard Washington license plate, please visit your nearest vehicle licensing office. To obtain standard plates, any invalid plates in your possession will need to be returned to your nearest vehicle licensing office.

Respectfully,

Confidential Plate Program

STATE OF WASHINGTON

DEPARTMENT OF LICENSING

*PO Box 1097 • Olympia, Washington 98507-1097*

June 18, 2026

DHS Customs and BP/AMO - 4151
[redacted]

The review of the Washington DOL Undercover and Confidential Plate Program has concluded.

Per WAC 308-96A-080(6)(c), your agency is not eligible to participate in the program.

On July 20, 2026, all confidential and undercover plates held by your agency will be canceled and will no longer be valid in DOL's system of record.

<u>Vehicle Plate:</u>

| | | | | | |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

If you would like a standard Washington license plate, please visit your nearest vehicle licensing office. To obtain standard plates, any invalid plates in your possession will need to be returned to your nearest vehicle licensing office.

Respectfully,

Confidential Plate Program

We are committed to providing equal access to our services.
If you need accommodation, please call (360) 902-3756 or TTY (360) 664-0116.

STATE OF WASHINGTON
DEPARTMENT OF LICENSING
*PO Box 1097 • Olympia, Washington 98507-1097*

June 18, 2026

US Customs and BP, Office of Pro Resp - 4178
[redacted]

The review of the Washington DOL Undercover and Confidential Plate Program has concluded.

Per WAC 308-96A-080(6)(c), your agency is not eligible to participate in the program.

On July 20, 2026, all confidential and undercover plates held by your agency will be canceled and will no longer be valid in DOL's system of record.

<u>Vehicle Plate:</u>

| | | | | | |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |

If you would like a standard Washington license plate, please visit your nearest vehicle licensing office. To obtain standard plates, any invalid plates in your possession will need to be returned to your nearest vehicle licensing office.

Respectfully,

Confidential Plate Program