# EXHIBIT F

STATE OF WASHINGTON
DEPARTMENT OF LICENSING
*PO Box 1097 • Olympia, Washington 98507-1097*

June 18, 2026

DHS ICE - DRO - 4166
[redacted]

The review of the Washington DOL Undercover and Confidential Plate Program has concluded.

Per WAC 308-96A-080(6)(c), your agency is not eligible to participate in the program.

On July 20, 2026, all confidential and undercover plates held by your agency will be canceled and will no longer be valid in DOL's system of record.

<u>Vehicle Plate:</u>

| | | | | | | |
|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | | | |

STATE OF WASHINGTON
DEPARTMENT OF LICENSING
*PO Box 1097 • Olympia, Washington 98507-1097*

If you would like a standard Washington license plate, please visit your nearest vehicle licensing office. To obtain standard plates, any invalid plates in your possession will need to be returned to your nearest vehicle licensing office.

Respectfully,

Confidential Plate Program