BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TIBERIUS DAVIS
Counsel to the Assistant Attorney General
Civil Division

S. PETER SERRANO
Special Attorney for the United States
First Assistant United States Attorney
Eastern District of Washington

CHARLES NEIL FLOYD
First Assistant United States Attorney
Western District of Washington

JACQUELINE COLEMAN SNEAD
Deputy Director

ALEXANDRA MCTAGUE
Senior Litigation Counsel

ALESSANDRA FASO
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, D.C. 20044-0386
(202) 451-7728
alessandra.faso@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

VOLUNTARY DISMISSAL OF DEFENDANTS NICHOLAS BROWN AND JULIE
MEREDITH PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) - 1

STATE OF WASHINGTON; BOB FERGUSON, Governor of Washington, in his official capacity; NICHOLAS BROWN, Attorney General of Washington, in his official capacity; JULIE MEREDITH, Secretary of Transportation, in her official capacity; MARCUS GLASPER, Director, Department of Licensing, in his official capacity,

Defendants.

Case No.  2:26-cv-232

**VOLUNTARY DISMISSAL OF DEFENDANTS NICHOLAS BROWN AND JULIE MEREDITH PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiff United States of America hereby dismisses this action against defendant Nicholas Brown, Attorney General of Washington, in his official capacity, and defendant Julie Meredith, Secretary of Transportation, in her official capacity, without prejudice. This dismissal is based upon the representation made by counsel for the remaining Defendants that the United States can obtain relief on its claims without Defendants Brown and Meredith.

DATED: August 11, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TIBERIUS DAVIS
Counsel to the Assistant
Attorney General
Civil Division

S. PETER SERRANO
Special Attorney for the United
States

Respectfully submitted,

JACQUELINE COLEMAN SNEAD
Deputy Director

ALEXANDRA MCTAGUE SCHULTE
Senior Litigation Counsel

*/s/ Alessandra Faso*
ALESSANDRA FASO
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Enforcement & Affirmative Litigation
Branch

VOLUNTARY DISMISSAL OF DEFENDANTS NICHOLAS BROWN AND JULIE MEREDITH PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) - 2

First Assistant United States Attorney
Eastern District of Washington

CHARLES NEIL FLOYD
First Assistant United States Attorney
Western District of Washington

P.O. Box 386
Washington, D.C. 20044-0386
(202) 451-7728
alessandra.faso@usdoj.gov

*Attorneys for the United States of America*

VOLUNTARY DISMISSAL OF DEFENDANTS NICHOLAS BROWN AND JULIE
MEREDITH PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) - 3

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

/s/ *Alessandra Faso*
ALESSANDRA FASO
IL Bar No. 6326883
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, D.C. 20044-0386
(202) 451-7728
alessandra.faso@usdoj.gov

*Attorney for the United States*

VOLUNTARY DISMISSAL OF DEFENDANTS NICHOLAS BROWN AND JULIE MEREDITH PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) - 4