FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 02, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STATE OF WASHINGTON; BOB FERGUSON, Governor of Washington, in his official capacity; NICHOLAS BROWN, Attorney General of Washington, in his official capacity; JULIE MEREDITH, Secretary of Transportation, in her official capacity; MARCUS GLASPER, Director, Department of Licensing, in his official capacity,<br>Defendants. | No. 2:26-CV-00232-SAB<br><br>**ORDER DISMISSING DEFENDANTS NICHOLAS BROWN AND JULIE MEREDITH** |

Before the Court is the United States' Notice of Voluntary Dismissal of Defendants Nicholas Brown and Julie Meredith Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), ECF No. 12. The United States is represented by Alessandra Fasso. Defendants are represented by Emma Grunberg, Kelly A. Paradis, and Tera M. Heintz.

The United States indicates that it can effectively pursue relief on its claims

without Defendants Nicholas Brown and Julie Meredith. Accordingly, it requests the Court dismiss Defendants Brown and Meredith without prejudice.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court will grant the request and enter it into the record.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendants Nicholas Brown and Julie Meredith are **DISMISSED without prejudice** from this matter. There shall be no costs or fees to any party.

2. The District Court Clerk shall update the docket accordingly.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 2nd day of September 2026.

Stan Bastian
Chief United States District Judge